435 F.Supp.2d 1260

VWP of AMERICA, INC., Plaintiff, v. THE UNITED STATES, Defendant

Court No. 93–06–00314

## *JUDGMENT ORDER*

MUSGRAVE, Senior Judge: In accordance with the Settlement Agreement between the parties in this action.

IT IS HEREBY ORDERED that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

ORDERED that each party shall bear its own costs and expenses; and it is further

ORDERED that this action is dismissed as settled.

## *Schedule A*

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 93–06–00314 | 0101–93–100032 | 551–1971171–5 | 10/06/92 |
| | | 551–1971189–7 | 10/07/92 |
| 06/09/93 | | 551–1971202–8 | 10/09/92 |
| | | 551–1972039–3 | 10/13/92 |
| | | 551–1970663–2 | 08/31/92 |
| | | 551–1970754–9 | 09/03/92 |
| | | 551–1971031–1 | 09/14/92 |
| | | 551–1970839–8 | 09/18/92 |
| | | 551–1971064–2 | 09/21/92 |
| | | 551–1970845–5 | 09/18/92 |
| | | 551–1971081–6 | 09/18/92 |
| | | 551–1971090–7 | 09/21/92 |
| | | 551–1971114–5 | 09/24/92 |
| | | 551–1970958–6 | 09/28/92 |
| | | 551–1971124–4 | 09/28/92 |
| | | 551–1971128–5 | 09/29/92 |
| | | 551–1971134–3 | 09/30/92 |
| | | 551–1971154–1 | 09/24/92 |
| | | 551–1970969–3 | 09/27/92 |
| | | 551–1970655–8 | 08/28/92 |